# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

MICHAEL PERRY                                                                                    PETITIONER

v.                                        CASE NO. 2:14CV00046 BSM

UNITED STATES OF AMERICA                                                           RESPONDENT

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Joe J. Volpe have been received, along with the objections thereto. After carefully considering the objections and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

Accordingly, petitioner Michael Perry's habeas petition is dismissed without prejudice.

IT IS SO ORDERED this 15th day of August 2014.

_____
UNITED STATES DISTRICT JUDGE